# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA SAFFON, | CASE NO.: CV 04-1237 ODW(RZx) |
| Plaintiff, | **AMENDED JUDGMENT** |
| vs. | |
| WELLS FARGO & CO. LONG TERM DISABILITY PLAN, | |
| Defendant. | Complaint Filed: February 24, 2004 |

0

After the matter was remanded back from the Ninth Circuit Court of Appeals, a court trial on the administrative record was held on July 9, 2009.  After considering all of the evidence, the briefs and the arguments of counsel, the Court finds that MetLife's termination of the plaintiff's benefits was an abuse of discretion and judgment shall be entered for the plaintiff against the Defendant.  Therefore, **IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The plaintiff is entitled to an award of all benefits due under the plan until the test for disability would have changed from "own occupation" to "any occupation."

2. The plaintiff is entitled to interest on the amount of arrears due her in accordance with 28 U.S.C. § 1961.

3. The plaintiff is entitled to attorney fees and costs from the defendant.  The plaintiff is to bring a motion for such fees and costs according to the Local Rules of this court.

4. The matter is remanded back to the defendant to determine plaintiff's eligibility for benefits under the plan's "any occupation" test.  All of the ERISA regulations, including those dealing with the time limits within which decisions must be made, are to be applied to the remand determination.

5. This court will retain jurisdiction of this matter until defendant's determination that the plaintiff is entitled to benefits under the plan's "any occupation" test ~~of~~ or the plaintiff is satisfied with a determination that she is not entitled to additional benefits.  If either condition occurs, the parties are to jointly notify the court within two weeks of the decision.  If the plaintiff is not satisfied with the decision, she shall bring a motion to set the matter for a scheduling conference.

DATED: November 25, 2009   _____
THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE